IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| MAKESHA DAVIS-RASCOE, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> vs. ) <br> ) <br> COMMISSIONER OF SOCIAL SECURITY ) <br> ADMINISTRATION, ) <br> ) <br> DEFENDANT. ) <br> _____ ) | C/A No. 8:17-3-RBH-JDA <br><br><br> ORDER |

Plaintiff, who is represented by counsel, has filed a motion for leave to proceed *in forma pauperis* (Form AO-240). [Doc. 3.] In order to properly evaluate Plaintiff's request to proceed without prepayment of fees, further information is required. Counsel for Plaintiff shall have **twenty-one (21) days** from the date this Order is entered to file completed, signed, and dated Plaintiff's Answers to the Court's Special Interrogatories, which are attached to this Order.

If the Plaintiff pays the filing fee, the motion for leave to proceed *in forma pauperis* shall be moot, and the Special Interrogatories are not required to be filed.

If Plaintiff does not pay the filing fee, the Clerk of Court is directed to return this case to the assigned Magistrate Judge for a recommendation on the motion for leave to proceed *in forma pauperis* after the time has passed.

IT IS SO ORDERED.

s/Jacquelyn D. Austin
United States Magistrate Judge

January 4, 2017
Greenville, South Carolina